IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MANDRIEZ RAMON SPIVEY, | : | |
| Plaintiff | : | |
| VS. | : | |
| JACKSON GDCP and HIGHMAX, *et al.*, | : | NO. 5:11-CV-289 (MTT) |
| Defendants | : | |
| | : | **O R D E R** |

    Plaintiff **MANDRIEZ SPIVEY**, an inmate at Georgia Diagnostic and Classification Prison ("GD&CP"), has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against numerous GD&CP defendants. Plaintiff also seeks leave to proceed *in forma pauperis* (Doc. 5). Solely for purposes of this Court's dismissing Plaintiff's complaint, leave to proceed *in forma pauperis* is hereby granted.

    Plaintiff alleges that GD&CP officials have denied him the opportunity to participate in the parole process. By order dated July 11, 2011, this Court dismissed a substantially similar lawsuit under 28 U.S.C. § 1915A. ***Spivey v. GD&CP***, 5:11-cv-262 (MTT) (Doc. 5). Plaintiff subsequently filed a motion for reconsideration, which this Court denied by Order dated August 4, 2011 (Doc. 11).

    Based upon the analysis contained in the Court's July 11th and August 4th Orders, it is hereby **ORDERED** that the instant action likewise be **DISMISSED** under

section 1915A.[1]

**SO ORDERED**, this 15th day of September, 2011.

S/ Marc T. Treadwell<br>
MARC T. TREADWELL, JUDGE<br>
UNITED STATES DISTRICT COURT

cr

---

[1] Given the dismissal of this case, Plaintiff's motion asking that this Court "conduct an investigation" and "contact the parole board"(ECF. No. 6), is hereby **DENIED** as moot.